FILED 7:37 AM
DEC - 9 2016
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

12-06-16

I ANGELITO FLORENDO GONZALES WILL GIVE A SHARE OF $1,000.00/MONTH TO MY MOM NENA R. FLORENDO FOR THE PAYMENT OF THE HOUSE.

_____
NENA R. FLORENDO
12-06-16

_____
ANGELITO FLORENDO GONZALES
12-06-16