MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
LEO G. SPANOS, SBN 261837, STAFF ATTORNEY
NIMA GHAZVINI, SBN 254758, STAFF ATTORNEY
P.O. BOX 5004
HAYWARD, CA 94540
PH:  (510) 266-5580
FAX: (510) 266-5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

In re:

NENA RIMANDO FLORENDO

       Debtor,

CHAPTER 13

CASE NO.  16-43071 WJL 13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

**HEARING DATE:** February 9, 2017
**TIME:** 1:30 P.M.
**LOCATION:** COURTROOM 220

    Nima Ghazvini, Staff Attorney for Martha Bronitsky, Chapter 13 Trustee, met and conferred telephonically with pro per Debtor Nena Rimando Florendo on January 26, 2017.  The remaining issues at the time of telephone conference were the following:

    1. Plan is incomplete: only first page filed

    2. Per prior Plan, Debtor has a pending loan modification application

    3. No Chapter 13 purpose

    4. Fails Chapter 7 liquidation: 100% plan required

    5. Plan is not feasible: Debtor lacks sufficient net income

1

6. Objection to Claim of Exemptions: Schedule C fails to cite exemption scheme; Schedule C does not state value of claimed exemptions (Doc. #24)

OTHER OBJECTING PARTIES:

7. Cam XV Trust's Objection to Confirmation (Doc. #21)

Trustee's Counsel discussed the objections with Ms. Florendo. Ms. Florendo stated that she has an appointment with an attorney and would contact other attorneys for representation.

It appears to that Debtor is unable to propose a feasible plan and that the case lacks a chapter 13 purpose. Trustee will request dismissal of this case.

| | |
|---|---|
| January 30, 2017 | /s/NIMA GHAZVINI 5909 |
| DATE | Nima Ghazvini, Esq. |
| | Staff Attorney for Martha G. Bronitsky, |
| | Chapter 13 Standing Trustee |